


| Transaction Date | Transaction Amount | Transaction Event | Reversal Reason | NSFDate | Due Date | Next Due Date | Principal | Interest | Late Fee | Principal Outstanding | Posted Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/6/2018 | 1.55 | Principal Only Payment--GO TRUSTEE CHECK | | | 12/23/2016 | 12/23/2016 | 1.55 | 0.00 | 0.00 | 25,176.86 | 12/6/2018 |
| 12/6/2018 | 126.03 | Interest Only Payment--GO TRUSTEE CHECK | | | 12/23/2016 | 12/23/2016 | 0.00 | 126.03 | 0.00 | 25,178.41 | 12/6/2018 |
| 11/5/2018 | 72.74 | Principal Only Payment--GO TRUSTEE CHECK | | | 12/23/2016 | 12/23/2016 | 72.74 | 0.00 | 0.00 | 25,178.41 | 11/5/2018 |
| 11/5/2018 | 884.65 | Interest Only Payment--GO TRUSTEE CHECK | | | 12/23/2016 | 12/23/2016 | 0.00 | 884.65 | 0.00 | 25,251.15 | 11/5/2018 |
| 3/5/2018 | 99.21 | Interest Only Payment--GO TRUSTEE CHECK | | | 12/23/2016 | 12/23/2016 | 0.00 | 99.21 | 0.00 | 25,251.15 | 3/5/2018 |
| 2/5/2018 | 114.07 | Interest Only Payment--GO TRUSTEE CHECK | | | 12/23/2016 | 12/23/2016 | 0.00 | 114.07 | 0.00 | 25,251.15 | 2/5/2018 |
| 2/5/2018 | 128.89 | Principal Only Payment--GO TRUSTEE CHECK | | | 12/23/2016 | 12/23/2016 | 128.89 | 0.00 | 0.00 | 25,251.15 | 2/5/2018 |
| 1/8/2018 | 128.94 | Interest Only Payment--GO TRUSTEE CHECK | | | 12/23/2016 | 12/23/2016 | 0.00 | 128.94 | 0.00 | 25,380.04 | 1/8/2018 |
| 1/8/2018 | 26.29 | Principal Only Payment--GO TRUSTEE CHECK | | | 12/23/2016 | 12/23/2016 | 26.29 | 0.00 | 0.00 | 25,380.04 | 1/8/2018 |
| 12/4/2017 | 99.42 | Interest Only Payment--GO TRUSTEE CHECK | | | 12/23/2016 | 12/23/2016 | 0.00 | 99.42 | 0.00 | 25,406.33 | 12/4/2017 |
| 11/6/2017 | 140.75 | Interest Only Payment--GO TRUSTEE CHECK | | | 12/23/2016 | 12/23/2016 | 0.00 | 140.75 | 0.00 | 25,406.33 | 11/7/2017 |
| 11/6/2017 | 7.18 | Principal Only Payment--GO TRUSTEE CHECK | | | 12/23/2016 | 12/23/2016 | 7.18 | 0.00 | 0.00 | 25,406.33 | 11/7/2017 |
| 10/2/2017 | 87.67 | Interest Only Payment--GO TRUSTEE CHECK | | | 12/23/2016 | 12/23/2016 | 0.00 | 87.67 | 0.00 | 25,413.51 | 10/2/2017 |
| 9/15/2017 | 115.28 | Interest Only Payment--GO TRUSTEE CHECK | | | 12/23/2016 | 12/23/2016 | 0.00 | 115.28 | 0.00 | 25,413.51 | 9/15/2017 |
| 9/15/2017 | 242.92 | Principal Only Payment--GO TRUSTEE CHECK | | | 12/23/2016 | 12/23/2016 | 242.92 | 0.00 | 0.00 | 25,413.51 | 9/15/2017 |
| 8/4/2017 | 475.17 | Interest Only Payment--GO TRUSTEE CHECK | | | 12/23/2016 | 12/23/2016 | 0.00 | 475.17 | 0.00 | 25,656.43 | 8/4/2017 |
| 8/4/2017 | 803.97 | Principal Only Payment--GO TRUSTEE CHECK | | | 12/23/2016 | 12/23/2016 | 803.97 | 0.00 | 0.00 | 25,656.43 | 8/4/2017 |
| 2/23/2017 | 328.00 | Normal Payment--GO ONE TIME ACH PAYMENT | | | 11/23/2016 | 12/23/2016 | 0.00 | 328.00 | 0.00 | 26,460.40 | 2/23/2017 |
| 2/7/2017 | (5.00) | Late Fee Assessment | | | 11/23/2016 | 11/23/2016 | 0.00 | 0.00 | (5.00) | 26,460.40 | 2/7/2017 |
| 2/2/2017 | 328.00 | Normal Payment--GO ONE TIME ACH PAYMENT | | | 11/23/2016 | 11/23/2016 | 0.00 | 328.00 | 0.00 | 26,460.40 | 2/2/2017 |
| 1/24/2017 | (15.00) | NSF Fee Assessment | | | 11/23/2016 | 11/23/2016 | 0.00 | 0.00 | 0.00 | 26,460.40 | 1/24/2017 |
| 1/19/2017 | (328.00) | Payment Reversal--GO ONE TIME ACH PAYMENT | NSF - Insufficient Funds | 1/24/2017 | 11/23/2016 | 11/23/2016 | 0.00 | (328.00) | 0.00 | 26,460.40 | 1/24/2017 |
| 1/19/2017 | 328.00 | Normal Payment--GO ONE TIME ACH PAYMENT | | | 11/23/2016 | 11/23/2016 | 0.00 | 328.00 | 0.00 | 26,460.40 | 1/19/2017 |
| 1/7/2017 | (5.00) | Late Fee Assessment | | | 11/23/2016 | 11/23/2016 | 0.00 | 0.00 | (5.00) | 26,460.40 | 1/7/2017 |
| 12/20/2016 | 328.00 | Normal Payment--GO ONE TIME ACH PAYMENT | | | 11/23/2016 | 11/23/2016 | 0.00 | 328.00 | 0.00 | 26,460.40 | 12/20/2016 |
| 12/2/2016 | 328.00 | Normal Payment--GO ONE TIME ACH PAYMENT | | | 10/23/2016 | 11/23/2016 | 0.00 | 328.00 | 0.00 | 26,460.40 | 12/2/2016 |
| 11/17/2016 | 328.00 | Normal Payment--GO ONE TIME ACH PAYMENT | | | 10/23/2016 | 10/23/2016 | 0.00 | 318.00 | 10.00 | 26,460.40 | 11/17/2016 |
| 11/7/2016 | (5.00) | Late Fee Assessment | | | 10/23/2016 | 10/23/2016 | 0.00 | 0.00 | (5.00) | 26,460.40 | 11/7/2016 |
| 10/19/2016 | 350.00 | Normal Payment--GO ONE TIME ACH PAYMENT | | | 9/23/2016 | 10/23/2016 | 0.00 | 350.00 | 0.00 | 26,460.40 | 10/19/2016 |
| 10/8/2016 | (5.00) | Late Fee Assessment | | | 9/23/2016 | 9/23/2016 | 0.00 | 0.00 | (5.00) | 26,460.40 | 10/8/2016 |
| 9/18/2016 | 328.00 | Normal Payment--GO ONE TIME ACH PAYMENT | | | 9/23/2016 | 9/23/2016 | 0.00 | 328.00 | 0.00 | 26,460.40 | 9/18/2016 |
| 8/31/2016 | 328.00 | Normal Payment--GO ONE TIME ACH PAYMENT | | | 8/23/2016 | 9/23/2016 | 0.00 | 328.00 | 0.00 | 26,460.40 | 8/31/2016 |
| 8/18/2016 | 328.00 | Normal Payment--GO ONE TIME ACH PAYMENT | | | 8/23/2016 | 8/23/2016 | 0.00 | 328.00 | 0.00 | 26,460.40 | 8/18/2016 |
| 7/1/2016 | 328.00 | Normal Payment--GO ONE TIME ACH PAYMENT | | | 7/23/2016 | 8/23/2016 | 119.68 | 208.32 | 0.00 | 26,460.40 | 7/1/2016 |
| 6/17/2016 | 328.00 | Normal Payment--GO ONE TIME ACH PAYMENT | | | 7/23/2016 | 7/23/2016 | 118.74 | 209.26 | 0.00 | 26,580.08 | 6/17/2016 |
| 6/3/2016 | 328.00 | Normal Payment--GO ONE TIME ACH PAYMENT | | | 6/23/2016 | 7/23/2016 | 102.93 | 225.07 | 0.00 | 26,698.82 | 6/3/2016 |
| 5/19/2016 | 328.00 | Normal Payment--GO ONE TIME ACH PAYMENT | | | 6/23/2016 | 6/23/2016 | 87.15 | 240.85 | 0.00 | 26,801.75 | 5/19/2016 |
| 5/3/2016 | 328.00 | Normal Payment--GO ONE TIME ACH PAYMENT | | | 6/23/2016 | 6/23/2016 | 176.48 | 151.52 | 0.00 | 26,888.90 | 5/3/2016 |